IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:15-CV-2980-K (BF) |
| | § | |
| TIMOTHY PALMER, DEANNA | § | |
| PALMER, and LAND BOUNTIFUL | § | |
| MINISTRIES, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. Objections were filed on July 13, 2016. The District Court has made a de novo review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made. The objections are **OVERRULED**.

IT IS THEREFORE ORDERED that Defendants Timothy Palmer, Deanna Palmer, and Land Bountiful Ministries' Motion to Dismiss and Motion for Sanctions [D.E. 17] is DENIED in its entirety.

SO ORDERED.

Signed July 13th, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE